IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00459-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAMIE BEE MULHOLLAND,

    Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 8 - filed September 13, 2010), a change of plea hearing regarding Defendant Mulholland is set **Friday, October 15, 2010 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: September 14, 2010