# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00459-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JAMIE BEE MULHOLLAND,

        Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Government is directed to file a response to Defendant's Ex Parte Motion (Doc 26 - filed January 19, 2011) **on or before February 3, 2011**.

Dated:  January 20, 2011