**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  10-cr-00459-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JAMIE BEE MULHOLLAND,

       Defendant.

---

**ORDER**

---

      Upon Defendant's Motion for Miscellaneous Relief (Doc 26) and Government's Response (Doc 28), it is

      ORDERED that the Probation Department is prohibited from notifying Defendant's employer about her federal criminal conviction.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: January 21, 2011